# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MICHIGAN

THOMAS STEPHENS, NOLA STEPHENS,
and JOHN and JANE DOES #1-47

       Plaintiffs,      Civil Action No. 05-60189

vs.              Hon. John Corbett O'Meara

BASIN OIL & GAS CORPORATION, a   Magistrate Judge Steven Pepe
Kentucky corporation, JAMES CROWLEY,
an individual, and THOMAS R. WATKINS,
an individual,

          Defendants.

Andrew J. McGuinness (P42074)
Stephen C. Borgsdorf (P67669)
DYKEMA GOSSETT, PLLC
Attorneys for Plaintiffs
2723 South State Street, Suite 400
Ann Arbor, MI 48104
(734) 214-7660

---

## NOTICE OF VOLUNTARY DISMISSAL

  Please take notice that Plaintiffs Thomas and Nola Stephens, through their attorneys

DYKEMA GOSSETT PLLC, hereby voluntarily dismiss their complaint as to defendant James

Crowley without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Respectfully submitted,

DYKEMA GOSSETT PLLC


By: s/ Stephen C. Borgsdorf
    Andrew J. McGuinness (P42074)
    Stephen C. Borgsdorf (P67669)
    DYKEMA GOSSETT PLLC
    Attorneys for Plaintiffs
    2723 South State Street, Suite 400
    Ann Arbor, MI 48104

April 17, 2006           sborgsdorf@dykema.com
    (734) 214-7663


## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2006, my assistant, Bethany King, electronically filed the foregoing with the Clerk of the Court using the ECF system.  I hereby certify that I have caused a copy of the foregoing to be mailed, by United States Postal Service, to the following:

Thomas R. Watkins
207 East Reynolds Road, Suite C
Lexington, KY  40517

Basin Oil & Gas Corporation
207 East Reynolds Road, Suite C
Lexington, KY  40517


    s/Stephen C. Borgsdorf
    Stephen C. Borgsdorf (P67669)
    sborgsdorf@dykema.com


AA01\170224.1
ID\SCBO