UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THOMAS STEPHENS, NOLA STEPHENS, and JOHN and JANE DOES #1-47<br><br>         Plaintiffs,<br><br>vs.<br><br>BASIN OIL & GAS CORPORATION, a Kentucky corporation, JAMES CROWLEY, an individual, and THOMAS R. WATKINS, an individual,<br><br>         Defendants. | Civil Action No. 05-60189<br><br>Hon. John Corbett O'Meara<br><br>Magistrate Judge Steven Pepe |

Andrew J. McGuinness (P42074)
Stephen C. Borgsdorf (P67669)
DYKEMA GOSSETT, PLLC
Attorneys for Plaintiffs
2723 South State Street, Suite 400
Ann Arbor, MI 48104
(734) 214-7660

## FINAL ORDER

**WHEREAS** Defendants Basin Oil & Gas Corporation, and Thomas R. Watkins have failed to appear, plead, or otherwise defend, Plaintiffs Thomas Stephens and Nola Stephens having voluntarily dismissed without prejudice the claims against James Crowley, and being entitled to recover damages in the amount of $52,255.62, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that judgment shall enter in the favor of Plaintiffs Thomas Stephens and Nola Stephens, and against Basin Oil & Gas Corporation and Thomas R. Watkins, jointly and severally, in the amount of $52,255.62, with interest to accrue at the legal rate.

**SO ORDERED:**

**s/John Corbett O'Meara**

**John Corbett O'Meara**

**United States District Judge**

**Dated: May 5, 2006**

Prepared By: /s/ Stephen C. Borgsdorf
 Stephen C. Borgsdorf (P67669)
 Email: sborgsdorf@dykema.com