UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

THOMAS STEPHENS, NOLA STEPHENS,
and JOHN and JANE DOES #1-47

         Plaintiffs,    Civil Action No. 05-60189

vs.                 Hon. John Corbett O'Meara

BASIN OIL & GAS CORPORATION, a   Magistrate Judge Steven Pepe
Kentucky corporation, JAMES CROWLEY,
an individual, and THOMAS R. WATKINS,
an individual,

         Defendants.

Andrew J. McGuinness (P42074)
Stephen C. Borgsdorf (P67669)
DYKEMA GOSSETT, PLLC
Attorneys for Plaintiffs
2723 South State Street, Suite 400
Ann Arbor, MI 48104
(734) 214-7660

## FINAL ORDER

  **WHEREAS** Defendants Basin Oil & Gas Corporation, and Thomas R. Watkins have failed to appear, plead, or otherwise defend, Plaintiffs Thomas Stephens and Nola Stephens having voluntarily dismissed without prejudice the claims against James Crowley, and being entitled to recover damages in the amount of $52,255.62, and the Court being otherwise fully advised in the premises:

  **IT IS HEREBY ORDERED** that judgment shall enter in the favor of Plaintiffs Thomas Stephens and Nola Stephens, and against Basin Oil & Gas Corporation and Thomas R. Watkins, jointly and severally, in the amount of $52,255.62, with interest to accrue at the legal rate.

**SO ORDERED:**

**s/John Corbett O'Meara**

**John Corbett O'Meara**

**United States District Judge**

**Dated: May 5, 2006**

Prepared By: /s/ Stephen C. Borgsdorf
              Stephen C. Borgsdorf (P67669)
              Email: sborgsdorf@dykema.com